**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MIGUEL ESPARZA,

Plaintiff,

v.

LMB MORTGAGE SERVICES, INC.,

Defendant.

Case No. 26-cv-03962-BAS-MSB

**ORDER TERMINATING AS MOOT DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT (ECF No. 4)**

On September 11, 2026, Defendant moved to dismiss Plaintiff's original Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(f). (ECF No. 4.) Plaintiff did not file an opposition. Rather, Plaintiff amended his complaint as a matter of course and filed a First Amended Complaint on September 14, 2026. (ECF No. 9); *see* Fed. R. Civ. P. 15(a)(1)(B).

Plaintiff's "amended complaint supersedes" the prior edition of the complaint, which is now treated as "non-existent." *See Valadez-Lopez v. Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011). The Court therefore **TERMINATES AS MOOT** Defendant's motion to dismiss Plaintiff's original Complaint (ECF No. 4).

**IT IS SO ORDERED.**

**DATED: September 17, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**